SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

E-filing

FILED
2007 AUG 24 PM 3:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD

    Plaintiff,

v.

7-ELEVEN, INC.; PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive,

    Defendants.

CASE NO. C07-04390 HRL

Civil Rights

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Date: 8/23/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By _____
Sidney J. Cohen
Attorney for Plaintiff

Complaint for Damages, Injunctive Relief, etc.