```
 1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA 94610
 3  Telephone: (510) 893-6682

 4  Attorneys for Plaintiff
    CONNIE ARNOLD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>    Plaintiff,<br>v.<br><br>7-ELEVEN, INC.; PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 07-04390 HRL<br><br>Civil Rights<br><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/27/07

```
                                    SIDNEY J. COHEN
                                    PROFESSIONAL CORPORATION


                                         /s/ Sidney J Cohen
                                    By_____
                                        Sidney J. Cohen
                                        Counsel for Plaintiff
```

Consent to Magistrate Judge.