FILED

2007 SEP 19 P 2: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SCOTT J. FERRELL, Bar No. 202091
JULIE R. TROTTER, Bar No. 209675
RYAN M. McNAMARA, Bar No. 223606
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
sferrell@calljensen.com
jtrotter@calljensen.com
rmcnamara@calljensen.com

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC.; PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.  C07-04390 HRL<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)** |

Complaint Filed:  August 24, 2007
Trial Date:          None Set

## CERTIFICATION

The undersigned counsel of record for Defendant 7-Eleven, Inc. ("Defendant"), certify that the following listed parties may have a direct pecuniary interest in the outcome of this case. These representations are made to the Court to evaluate possible grounds for disqualification or recusal.

SEV02-23:312259_1:9-19-07                        - 1 -
CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)

1. Plaintiff Connie Arnold;
2. Defendant 7-Eleven, Inc.;
3. Defendant Ping Shiu Chow as Trustee of the Ping Shiu Chow Revocable Trust;
4. Franchisee Mohammad Pournaghshband;
5. Counsel for Plaintiff, Sidney J. Cohen, of the Sidney J. Cohen Professional corporation; and
6. Counsel for Defendant, 7-Eleven, Inc., Scott J. Ferrell, Julie R. Trotter and Ryan M. McNamara of the law firm of Call, Jensen & Ferrell.

Dated: September 19, 2007

CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL
JULIE R. TROTTER
RYAN M. McNAMARA

By: /s/ Julie R. Trotter
JULIE R. TROTTER
Attorneys for Defendant 7-Eleven, Inc.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On September 19, 2007, I served the foregoing document described as **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[X] (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] (BY E-MAIL) I transmitted a copy of the foregoing document)(s) by e-mail to the addressee(s).

[ ] (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

1
2  [ X ] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
3
4  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 19, 2007, at Newport Beach, California.
5
6
7                                                          Janelle Weissgerber
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

| | |
|---|---|
| | **SERVICE LIST** |
| Sidney J. Cohen, Esq. | **Attorneys for Plaintiff** |
| Sidney J. Cohen Professional Corporation | **Connie Arnold** |
| 427 Grand Avenue | |
| Oakland, CA 94610 | |
| Tel: (510) 893-6682 | |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION