1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD | CASE NO. C 07-04390 HRL |
| Plaintiff, | Civil Rights |
| v. | |
| 7-ELEVEN, INC.;PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive, | **STIPULATION REGARDING THE TIME TO RESPOND TO COMPLAINT** |
| | Local Rule 6-1(a) |
| Defendants. | |

Stipulation Regarding The Time To Respond To Complaint

Plaintiff Connie Arnold and Defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust (hereafter "Defendant"), by and through their counsel, enter into this stipulation regarding the time to respond to complaint pursuant to Local Rule 6-1(a).

Plaintiff has a proof of service indicating that Defendant was personally served on September 26, 2007.

Defendant has advised her counsel that she was not served and that service was on someone other than herself.

Rather than engage in a dispute regarding service, the parties stipulate and agree that Defendant shall have until November 8, 2007 to respond to Plaintiff's Complaint.

This Stipulation may be signed in counterparts, and facsimile signatures shall be as binding and effective as original signatures.

Date: 10/26/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By  /s/ Sidney J. Cohen
Sidney J. Cohen
Attorney for Plaintiff Connie Arnold

LAW OFFICES OF TRIANO AND BYRNE

By  /s/ Mark D. Byrne
Mark D. Byrne
Attorney for Defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust