Martin F. Triano, SBN 098272
Mark D. Byrne, Esq. SBN 109268
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 371-8000
Facsimile: (415) 371-8001

Attorneys for Defendant PING SHIU CHOW as
Trustee of the PING SHIU CHOW REVOCABLE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>    Plaintiff,<br>v.<br><br>7-ELEVEN, INC; PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive<br><br>    Defendants | Case Number: C07-04390<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)**<br><br>Complaint Filed: August 24, 2007<br>Trial Date:    None Set |

## CERTIFICATION

The undersigned counsel of record for Defendant Ping Shiu Chow as Trustee of the Ping Shiu Chow Revocable Trust ("Defendant") certifies that the following listed parties may have a direct pecuniary interest in the outcome of this case. These representations are made to the Court to evaluate possible grounds for disqualification or recusal.

////

////

////

Law Offices of
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)

1

1. Plaintiff Connie Arnold;
2. Defendant 7-Eleven, Inc.;
3. Defendant Ping Shiu Chow as Trustee of the Ping Shiu Chow Revocable Trust;
4. Franchisee Mohammed Pournaghshband;
5. Counsel for Plaintiff, Sidney J. Cohen, of the Sidney J. Cohen Professional Corporation; and
6. Counsel for Defendant, 7-Eleven, Inc., Scott J. Ferrell, Julie R. Trotter and Ryan M. McNamara of the law firm of Call, Jensen & Ferrell;
7. Counsel for Defendant, Ping Shiu Chow as Trustee of the Ping Shiu Chow Revocable Trust, Mark D. Byrne and Martin F. Triano of the Law Offices of Triano & Byrne.

DATED: 11/7/07

THE LAW OFFICES OF TRIANO & BYRNE

By: _____
MARK D. BYRNE, ESQ.
Attorney for Defendant Ping Shiu Chow as Trustee of the Ping Shiu Chow Revocable Trust.

Law Offices of
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)
2