MARK D. BYRNE, ESQ., SBN 109628
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
Mailbox@martinftriano.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CONNIE ARNOLD<br><br>　　　Plaintiff,<br>v.<br><br>7-ELEVEN, INC; PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive<br><br>　　　Defendants | Case Number: C07-04390<br><br>**PROOF OF SERVICE** |

I am a citizen of the United States, and a resident of the County of San Francisco; I am over the age of eighteen years, and not a party to the within action. My business address is 25 Jessie Street, 16th Floor, San Francisco, California 94105-2749.

　　On November 7, 2007 I served the following documents:

- ***CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b);***
- ***PROOF OF SERVICE.***

///

///

On the parties listed, addressed as follows:

Law Offices
MARTIN F. TRIANO
100 Bush Street, 25th Floor
San Francisco, CA 94104
Tel. 415-391-2300
Fax 415-391-1922

1

Law Offices
MARTIN F. TRIANO
100 Bush Street, 25th Floor
San Francisco, CA 94104
Tel. 415-391-2300
Fax 415-391-1922

| | |
|---|---|
| Sidney J. Cohen, Esq.<br>Sidney J. Cohen Professional Corporation<br>427 Grand Avenue<br>Oakland, CA 94610 | Ryan M. McNamara<br>Call, Jensen & Ferrell<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660 |

**XXX**  **First Class Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service to **Sidney J. Cohen, Esq.** and **Ryan M. McNamara** the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more one day after date of deposit for mailing an affidavit.

**Facsimile:** By transmitting a true and correct copy via facsimile electronic equipment transmission (fax) at the fax number listed above.

**Personal Delivery:** By personally delivering the document(s) above to the person(s) listed above at the address(es) on the date set forth above.

**Personal Delivery By Messenger:** By consigning the document(s) listed above to a messenger for personal delivery to the following person(s) at the address(es) on the date set forth above.

**Overnight:** By placing the document(s) thereof into envelope(s) bearing the name(s) and address(es) of the person(s) to be served by Federal Express Delivery.

**STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX**  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on November 7, 2007 in San Francisco, California.

Rithy Keo
Legal Assistant