1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CONNIE ARNOLD

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8  CONNIE ARNOLD                        CASE NO. C 07-04390 HRL

9       Plaintiff,                      Civil Rights

   v.
10
   7-ELEVEN, INC.;PING SHIU CHOW AS     **NOTICE OF NEED FOR MEDIATION**
11 TRUSTEE OF THE PING SHIU CHOW        **(ADA ACCESS CASES)**
   REVOCABLE TRUST; and DOES 1-25,
12 Inclusive,

13      Defendants.
   _____/
14

15      Plaintiff reports that the joint site inspection occurred on December 3, 2007.

16 Although 45 days have passed, the parties have not reached an agreement. In accordance with

17 General Order No. 56, the matter should be set for mediation.

18

19 Dated: January 18,2008                        /s/ Sidney J. Cohen
   _____Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

Notice Of Need For Mediation