# UNITED STATES DISTRICT COURT

## Northern District of California

Arnold,

       Plaintiff(s),

    v.

7-Elevin, Inc.,

       Defendant(s).

No. C 07-04390 HRL MED

**Certification of ADR Session**

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _July 30, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) _to be decided by 8/8/08_

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: _July 31, 2008_

Mediator, Daniel Bowling
US District Court - ADR Program
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

**Certification of ADR Session**
07-04390 HRL MED