***E-FILED 10/5/2009***

SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br>v.<br><br>7-ELEVEN, INC.;PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 07-04390 HRL<br><br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT 7-ELEVEN, INC.**<br><br>FRCP section 41 |

   Plaintiff Connie Arnold, and defendant 7-Eleven, Inc., by and through their counsel, enter into this stipulation pursuant to Federal Rule of Civil Procedure section 41.

   Plaintiff filed this lawsuit on August 24, 2007.

   Plaintiff and defendant 7-Eleven, Inc. have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendant 7-Eleven, Inc. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendant 7-Eleven, Inc. stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

   Plaintiff moves to dismiss with prejudice the lawsuit against defendant 7-Eleven, Inc.

   Defendant 7-Eleven, Inc., who has answered the Complaint, agrees to the dismissal with prejudice.

   This case is not a class action, and no receiver has been appointed.

   This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Stipulation And Order For Dismissal

1  Wherefore, plaintiff and defendant 7-Eleven, Inc., by and through their attorneys of record,
2  so stipulate.

3  Date: September 30, 2009                SIDNEY J. COHEN
                                           PROFESSIONAL CORPORATION

                                           /s/
   By_____
                                           Sidney J. Cohen
                                           Attorney for Plaintiff Connie Arnold

   Date: September 17, 2009                CALL, JENSEN & FERRELL
                                           /s/
   By_____
                                           Julie R. Trotter
                                           Attorney for Defendant 7-Eleven, Inc.

   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

   The lawsuit against defendant 7-Eleven, Inc. is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

   Date:   October 5, 2009

                                           _____
                                           Howard R. Lloyd
                                           United States ~~District~~ Judge.
                                                        Magistrate

Stipulation And Order For Dismissal                -1-