*E-FILED 11-03-2009*

1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD | CASE NO. C 07-04390 HRL |
| Plaintiff, | Civil Rights |
| v. | |
| 7-ELEVEN, INC.;PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST; and DOES 1-25, Inclusive, | STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PING SHIU CHOW AS TRUSTEE OF THE PING SHIU CHOW REVOCABLE TRUST |
| Defendants. | FRCP section 41 |

Plaintiff Connie Arnold and defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust, by and through their counsel, enter into this stipulation pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on August 24, 2007.

Plaintiff and defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust.

Defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow Revocable Trust, who has

1  answered the Complaint, agrees to the dismissal with prejudice.

2      This case is not a class action, and no receiver has been appointed.

3      This Stipulation and Order may be signed in counterparts, and facsimile or electronically

4  transmitted  signatures shall be as valid and as binding as original signatures.

5      Wherefore, plaintiff  and defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow

6  Revocable Trust, by and through their attorneys of record, so stipulate.

7  Date: 10/29/09                              SIDNEY J. COHEN
                                               PROFESSIONAL CORPORATION

                                                    /s/ Sidney J. Cohen
                                          By_____
                                             Sidney J. Cohen
                                             Attorney for Plaintiff Connie Arnold

                                         LAW OFFICES OF TRIANO AND BYRNE

                                            /s/ Martin F. Triano
Date:10/29/09                                By_____
_____            Martin F. Triano
                                             Attorney for Defendant Ping Shiu Chow As
                                           Trustee Of The Ping Shiu Chow Revocable Trust

16      PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

17      The lawsuit against defendant Ping Shiu Chow As Trustee Of The Ping Shiu Chow

18  Revocable Trust is dismissed with prejudice. The Court shall retain jurisdiction to enforce the

19  parties' "Mutual Release And Settlement Agreement."

20  Date:    November 3, 2009

                                             _____
                                           Howard R. Lloyd
                                           United States ~~District~~ Judge .
                                           Magistrate